**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9    EVAN SHONE,                              No. C-12-01144 DMR

10            Plaintiff(s),                   **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

11        v.

12   AMERICAN SECURITY INS CO,

13            Defendant(s).
     _____/

14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Initial Case Management Conference previously scheduled for June 20, 2012 is

17   CONTINUED to **July 11, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

18   Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than July

19   5, 2012**.**  All other deadlines as set forth in the Order Setting Initial Case Management Conference

20   and ADR Deadlines are continued accordingly.  *See* Docket No. 2.

21        IT IS SO ORDERED.

22

23   Dated:  June 4, 2012

24                                            _____
                                             DONNA M. RYU
25                                           United States Magistrate Judge

26

27

28