United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVAN SHONE,

        Plaintiff(s),

   v.

AMERICAN SECURITY INS CO,

        Defendant(s).
_____/

No. C-12-01144 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Initial Case Management Conference previously scheduled for June 20, 2012 is CONTINUED to **July 11, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than July 5, 2012.  All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.  *See* Docket No. 2.

    IT IS SO ORDERED.

Dated: June 4, 2012

_____
DONNA M. RYU
United States Magistrate Judge