1  JOHN P. HURABIELL (SBN 73791)
   HUPPERT & HURABIELL
2  3101 Clement Street
   San Francisco, CA 94121
3  Telephone:  (415) 387-3001
   Facsimile:  (415) 387-8061
4
   Attorneys for Plaintiff EVAN SHONE
5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  EVAN SHONE,                    )  Case No.   3:12-CV-1144 SC
                                   )
13          Plaintiff,             )  Hon. Samuel Conti
                                   )
14  v.                             )  **STIPULATION OF PARTIES TO**
                                   )  **VOLUNTARY DISMISSAL**
15  AMERICAN SECURITY INSURANCE    )
    COMPANY, FIDELITY WARRANTY     )
16  SERVICES, INC., DOES 1 through 25, )  Case Management Conference: 9/7/2012
                                   )
17          Defendants.            )  Complaint filed:  Dec. 20, 2011
                                   )  Removed: March 7, 2012
18                                 )
                                   )
19  _____)

20

21        The parties to this action, by and through their respective attorneys of record, hereby

    stipulate that a full and satisfactory settlement has been reached, all parties through their counsel
22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28                                 -1-
    **STIPULATION OF PARTIES TO VOLUNTARY DISMISSAL WITH PREJUDICE**

HUPPERT & HURABIELL
(INCLUDING A PROFESSIONAL CORPORATION)
3101 CLEMENT STREET
SAN FRANCISCO, CA 94121
(415) 387-3001

1  have signed the confidential settlement agreement, and the terms of the settlement have been

2  fulfilled.  The parties hereby stipulate that this matter be voluntarily dismissed.

3  Dated: September 6, 2012                    HUPPERT & HURABIELL

4

5                                             By:   /s/ John P. Hurabiell

6                                             HUPPERT & HURABIELL
                                                John P. Hurabiell
7
                                             Attorneys for Plaintiff EVAN SHONE
8

9  Dated: September 6, 2012                    CARROLL, BURDICK & McDONOUGH LLP

10

11                                            By: _____
                                             CARROLL, BURDICK & McDONOUGH LLP
12                                              Raymond Joseph Tittmann

13
                                             Attorneys for Defendant AMERICAN SECURITY
14                                           INSURANCE CO.

15

16
   Dated: September 6, 2012                    GORDON & REES LLP
17

18
                                             By: _____
19                                           GORDON & REES LLP
                                                Jesse J. Blyth
20

21                                           Attorneys for Defendant FIDELITY WARRANTY
                                             SERVICES, INC.
22

23

24

25

26

27

28
                                             -2-
   **STIPULATION OF PARTIES TO VOLUNTARY DISMISSAL WITH PREJUDICE**

1   have signed the confidential settlement agreement, and the terms of the settlement have been

2   fulfilled.  The parties hereby stipulate that this matter be voluntarily dismissed.

3   Dated: September 6, 2012                 HUPPERT & HURABIELL

4

5                                           By: _/s/ John P. Hurabiell_____

6                                           HUPPERT & HURABIELL
                                              John P. Hurabiell

7                                           Attorneys for Plaintiff EVAN SHONE

8

9   Dated: September 6, 2012                 CARROLL, BURDICK & McDONOUGH LLP

10

11                                          By: _Raymond Z. Tittmann_____
                                            CARROLL, BURDICK & McDONOUGH LLP
12                                            Raymond Joseph Tittmann

13
                                            Attorneys for Defendant AMERICAN SECURITY
14                                          INSURANCE CO.

15

16
    Dated: September 6, 2012                 GORDON & REES LLP
17

18
                                            By: _____
19                                          GORDON & REES LLP
                                              Jesse J. Blyth
20

21                                          Attorneys for Defendant FIDELITY WARRANTY
                                            SERVICES, INC.
22

23

24

25

26

27

28
    _____-2-_____
    **STIPULATION OF PARTIES TO VOLUNTARY DISMISSAL WITH PREJUDICE**

1  have signed the confidential settlement agreement, and the terms of the settlement have been

2  fulfilled.  The parties hereby stipulate that this matter be voluntarily dismissed.

3  Dated: September 6, 2012                    HUPPERT & HURABIELL

4

5                                             By:  /s/ John P. Hurabiell

6                                             HUPPERT & HURABIELL
                                                 John P. Hurabiell
7
                                             Attorneys for Plaintiff EVAN SHONE
8

9  Dated: September 6, 2012                    CARROLL, BURDICK & McDONOUGH LLP

10

11                                            By:
                                              CARROLL, BURDICK & McDONOUGH LLP
12                                                Raymond Joseph Tittmann

13                                            Attorneys for Defendant AMERICAN SECURITY
14                                            INSURANCE CO.

15

16
   Dated: September 6, 2012                    GORDON & REES LLP
17

18                                            By:
19                                            GORDON & REES LLP
                                                 Jesse J. Blyth
20

21                                            Attorneys for Defendant FIDELITY WARRANTY
                                              SERVICES, INC.
22

23

24

25

26

27

28
                                    -2-
   STIPULATION OF PARTIES TO VOLUNTARY DISMISSAL WITH PREJUDICE

1

**PROOF OF SERVICE**
**Short Title: Shone v. American Security Insurance**

2

**USDC Northern District - San Francisco Division - Case Number:  CV1144 SC**

3

      I am employed in the City and County of San Francisco.  I am over the age of 18 years and not a party to the within entitled action.  My business address is 3101 Clement Street, San Francisco, CA 94121. I am readily familiar with Huppert & Hurabiell's practice for collection and processing of correspondence for mailing with the United States Postal Service.

4

5

      On, September 6, 2012, I served the following documents:

6

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

7

on the following attorney(s) of record and/or interested parties in the above referenced case by the following means:

8

9

Raymond J. Tittman, Esq.                         Jesse J. Blyth, Esq
Carroll Burdick et al LLP                     Gordon & Rees LLP

10

44 Montgomery St #400                      101 W. Broadway, Suite 2000
San Francisco, CA 94104                   San Diego, CA 92101

11

12

[X]   **BY MAIL:** I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

13

14

15

[ ]   **BY FACSIMILE TRANSMISSION:** By transmitting a true copy thereof from sending facsimile machine telephone number (415) 387-8061 to the following parties at the receiving facsimile machine numbers shown below.  The transmission was reported as complete and without error, and the transmission report attached was properly issued by the transmitting facsimile machine.

16

17

18

[ ]   **BY PERSONAL SERVICE:** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

19

[ ]   **BY OVERNIGHT DELIVERY:** By placing a true copy thereof enclosed in a sealed envelope addressed as shown above. I am readily familiar with the business practice for the collection and processing of business envelopes and packages with FedEx Overnight Delivery. This document, will be deposited with FedEx for delivery in the normal course of business this day.

20

21

22

      I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 6, 2012, at San Francisco, California.

23

24

25

         /s/ Graziana I. Gandolfi
         Graziana I. Gandolfi

26

27

28

-3-

**STIPULATION OF PARTIES TO VOLUNTARY DISMISSAL WITH PREJUDICE**

1    JOHN P. HURABIELL (SBN 73791)
     HUPPERT & HURABIELL
2    3101 Clement Street
     San Francisco, CA 94121
3    Telephone: (415) 387-3001
     Facsimile:  (415) 387-8061
4

     Attorneys for Plaintiff EVAN SHONE
5

6

7

8                   UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| EVAN SHONE, | Case No.  3:12-CV-1144 SC |
| Plaintiff, | Hon. Samuel Conti |
| v. | **DECLARATION OF JOHN P. HURABIELL** |
| AMERICAN SECURITY INSURANCE COMPANY, FIDELITY WARRANTY SERVICES, INC., DOES 1 through 25, | Case Management Conference: 9/7/2012 |
| Defendants. | Complaint filed:   Dec. 20, 2011 Removed: March 7, 2012 |

I, John P. Hurabiell, declare:

    1. I am the attorney of record for Plaintiff EVAN SHONE in this matter.  I am admitted to practice before this Honorable Court.  If call upon to testify I could and would testify truthfully to the matters set forth herein.

    2. I sent the Stipulation Of Parties For Voluntary Dismissal to counsel for both defendants. Both Counsel signed and returned the Stipulation to me.  I have included their signed pages as part of the filing herein.

    I declare under penalty of perjury under the laws of the State of California that the

-1-

**DECLARATION OF JOHN P. HURABIELL**

HUPPERT & HURABIELL
(INCLUDING A PROFESSIONAL CORPORATION)
3101 CLEMENT STREET
SAN FRANCISCO, CA 94121
(415) 387-3001

foregoing Declaration of John P. Hurabiell is true of my own knowledge.

Dated: September 6, 2012

John P. Hurabiell

DECLARATION OF JOHN P. HURABIELL

JOHN P. HURABIELL (SBN 73791)
HUPPERT & HURABIELL
3101 Clement Street
San Francisco, CA 94121
Telephone: (415) 387-3001
Facsimile: (415) 387-8061

Attorneys for Plaintiff EVAN SHONE

**HUPPERT & HURABIELL**
(INCLUDING A PROFESSIONAL CORPORATION)
3101 CLEMENT STREET
SAN FRANCISCO, CA 94121
(415) 387-3001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVAN SHONE,<br><br>       Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE<br>COMPANY, FIDELITY WARRANTY<br>SERVICES, INC., DOES 1 through 25,<br><br>       Defendants. | Case No.  3:12-CV-1144 SC<br><br>Hon. Samuel Conti<br><br>**ORDER OF DISMISSAL**<br><br>Case Management Conference: 9/7/2012<br><br>Complaint filed:  Dec. 20, 2011<br>Removed: March 7, 2012 |

     The Stipulation of the Parties having come before the Court and good cause appearing,

IT IS HEREBY ORDERED, that Action No. 3:12-CV-1144 be and the same is hereby dismissed

with prejudice.

Dated:  <u>September 6, 2012</u>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hon. SAM
Senior Judge

IT IS SO ORDERED
Judge Samuel Conti

-1-

ORDER OF DISMISSAL