JOHN P. HURABIELL (SBN 73791)
HUPPERT & HURABIELL
3101 Clement Street
San Francisco, CA 94121
Telephone: (415) 387-3001
Facsimile:  (415) 387-8061

Attorneys for Plaintiff EVAN SHONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVAN SHONE,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY, FIDELITY WARRANTY SERVICES, INC., DOES 1 through 25,<br><br>    Defendants. | Case No.  3:12-CV-1144 SC<br><br>Hon. Samuel Conti<br><br>**STIPULATION OF PARTIES TO VOLUNTARY DISMISSAL**<br><br>Case Management Conference: 9/7/2012<br><br>Complaint filed:  Dec. 20, 2011<br>Removed: March 7, 2012 |

The parties to this action, by and through their respective attorneys of record, hereby stipulate that a full and satisfactory settlement has been reached, all parties through their counsel

////

////

////

////

////

////

-1-
___
**STIPULATION OF PARTIES TO VOLUNTARY DISMISSAL WITH PREJUDICE**

-2-

have signed the confidential settlement agreement, and the terms of the settlement have been fulfilled. The parties hereby stipulate that this matter be voluntarily dismissed.

Dated: September 6, 2012         HUPPERT & HURABIELL


By:   /s/ John P. Hurabiell
HUPPERT & HURABIELL
  John P. Hurabiell

Attorneys for Plaintiff EVAN SHONE

Dated: September 6, 2012         CARROLL, BURDICK & McDONOUGH LLP


By: _____
CARROLL, BURDICK & McDONOUGH LLP
  Raymond Joseph Tittmann

Attorneys for Defendant AMERICAN SECURITY INSURANCE CO.


Dated: September 6, 2012         GORDON & REES LLP


By: _____
GORDON & REES LLP
  Jesse J. Blyth

Attorneys for Defendant FIDELITY WARRANTY SERVICES, INC.

| | |
|---|---|
| 1 | have signed the confidential settlement agreement, and the terms of the settlement have been |
| 2 | fulfilled. The parties hereby stipulate that this matter be voluntarily dismissed. |

Dated: September 6, 2012            HUPPERT & HURABIELL

By: ___/s/ John P. Hurabiell___
HUPPERT & HURABIELL
  John P. Hurabiell

Attorneys for Plaintiff EVAN SHONE

Dated: September 6, 2012            CARROLL, BURDICK & McDONOUGH LLP

By: ___Raymond Tittmann___
CARROLL, BURDICK & McDONOUGH LLP
  Raymond Joseph Tittmann

Attorneys for Defendant AMERICAN SECURITY INSURANCE CO.

Dated: September 6, 2012            GORDON & REES LLP

By: _____
GORDON & REES LLP
  Jesse J. Blyth

Attorneys for Defendant FIDELITY WARRANTY SERVICES, INC.

-2-
**STIPULATION OF PARTIES TO VOLUNTARY DISMISSAL WITH PREJUDICE**

have signed the confidential settlement agreement, and the terms of the settlement have been fulfilled. The parties hereby stipulate that this matter be voluntarily dismissed.

Dated: September 6, 2012

HUPPERT & HURABIELL

By: /s/ John P. Hurabiell

HUPPERT & HURABIELL
John P. Hurabiell

Attorneys for Plaintiff EVAN SHONE

Dated: September 6, 2012

CARROLL, BURDICK & McDONOUGH LLP

By: _____
CARROLL, BURDICK & McDONOUGH LLP
Raymond Joseph Tittmann

Attorneys for Defendant AMERICAN SECURITY INSURANCE CO.

Dated: September 6, 2012

GORDON & REES LLP

By: _____
GORDON & REES LLP
Jesse J. Blyth

Attorneys for Defendant FIDELITY WARRANTY SERVICES, INC.

-2-
**STIPULATION OF PARTIES TO VOLUNTARY DISMISSAL WITH PREJUDICE**

# PROOF OF SERVICE
**Short Title: Shone v. American Security Insurance**
**USDC Northern District - San Francisco Division - Case Number: CV1144 SC**

I am employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within entitled action. My business address is 3101 Clement Street, San Francisco, CA 94121. I am readily familiar with Huppert & Hurabiell's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On, September 6, 2012, I served the following documents:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the following attorney(s) of record and/or interested parties in the above referenced case by the following means:

Raymond J. Tittman, Esq.
Carroll Burdick et al LLP
44 Montgomery St #400
San Francisco, CA 94104

Jesse J. Blyth, Esq
Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

[X]   **BY MAIL:** I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

[ ]   **BY FACSIMILE TRANSMISSION:** By transmitting a true copy thereof from sending facsimile machine telephone number (415) 387-8061 to the following parties at the receiving facsimile machine numbers shown below. The transmission was reported as complete and without error, and the transmission report attached was properly issued by the transmitting facsimile machine.

[ ]   **BY PERSONAL SERVICE:** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

[ ]   **BY OVERNIGHT DELIVERY:** By placing a true copy thereof enclosed in a sealed envelope addressed as shown above. I am readily familiar with the business practice for the collection and processing of business envelopes and packages with FedEx Overnight Delivery. This document, will be deposited with FedEx for delivery in the normal course of business this day.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 6, 2012, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Graziana I. Gandolfi
　　　　　　　　　　　　　　　　　　　　　　　　Graziana I. Gandolfi

JOHN P. HURABIELL (SBN 73791)
HUPPERT & HURABIELL
3101 Clement Street
San Francisco, CA 94121
Telephone: (415) 387-3001
Facsimile:  (415) 387-8061

Attorneys for Plaintiff EVAN SHONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVAN SHONE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY, FIDELITY WARRANTY SERVICES, INC., DOES 1 through 25,<br><br>Defendants. | Case No.   3:12-CV-1144 SC<br><br>Hon. Samuel Conti<br><br>**DECLARATION OF JOHN P. HURABIELL**<br><br>Case Management Conference: 9/7/2012<br><br>Complaint filed:  Dec. 20, 2011<br>Removed: March 7, 2012 |

I, John P. Hurabiell, declare:

1. I am the attorney of record for Plaintiff EVAN SHONE in this matter. I am admitted to practice before this Honorable Court. If call upon to testify I could and would testify truthfully to the matters set forth herein.

2. I sent the Stipulation Of Parties For Voluntary Dismissal to counsel for both defendants. Both Counsel signed and returned the Stipulation to me. I have included their signed pages as part of the filing herein.

I declare under penalty of perjury under the laws of the State of California that the

-1-

DECLARATION OF JOHN P. HURABIELL

foregoing Declaration of John P. Hurabiell is true of my own knowledge.

Dated: September 6, 2012

_____
John P. Hurabiell

-2-
**DECLARATION OF JOHN P. HURABIELL**

<table>
<tr><td>
1<br>
2<br>
3<br>
4<br>
5<br>
</td><td>
JOHN P. HURABIELL (SBN 73791)<br>
HUPPERT & HURABIELL<br>
3101 Clement Street<br>
San Francisco, CA 94121<br>
Telephone: (415) 387-3001<br>
Facsimile:  (415) 387-8061<br><br>
Attorneys for Plaintiff EVAN SHONE
</td></tr>
</table>

**HUPPERT & HURABIELL**
(INCLUDING A PROFESSIONAL CORPORATION)
3101 CLEMENT STREET
SAN FRANCISCO, CA 94121
(415) 387-3001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EVAN SHONE, | ) | Case No.   3:12-CV-1144 SC |
|---|---|---|
| Plaintiff, | ) | Hon. Samuel Conti |
| v. | ) | **ORDER OF DISMISSAL** |
| AMERICAN SECURITY INSURANCE COMPANY, FIDELITY WARRANTY SERVICES, INC., DOES 1 through 25, | ) ) ) | Case Management Conference: 9/7/2012 |
| Defendants. | ) ) | Complaint filed:  Dec. 20, 2011<br>Removed: March 7, 2012 |

The Stipulation of the Parties having come before the Court and good cause appearing, IT IS HEREBY ORDERED, that Action No. 3:12-CV-1144 be and the same is hereby dismissed with prejudice.

Dated: _September 6, 2012_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Hon. SAMUEL CONTI
Senior Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

-1-

**ORDER OF DISMISSAL**